```
 1  ERICH P. WISE (Bar No. 63219)
    FLYNN, DELICH & WISE LLP
 2  One World Trade Center, Suite 1800
    Long Beach, CA 90831
 3  Telephone:    (562) 435-2626
    Telecopier:   (562) 437-7555
 4  Email:        erichw@fdw-law.com

 5
    CONTE C. CICALA  (Bar No. 173554)
 6  FLYNN, DELICH & WISE LLP
    343 Sansome Street, Suite 540
 7  San Francisco, CA  94104
    Telephone:    (415) 693-5566
 8  Telecopier:   (415) 693-0410
    Email:        contec@fdw-law.com
 9
    Attorneys for Plaintiff
10  MITSUI O.S.K. LINES, LTD.
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEAMASTER LOGISTICS, INC. and DOES 1 through 20,<br><br>　　　　Defendants. | Case No.: CV 10 5591 MEJ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF MITSUI O.S.K. LINES, LTD.**<br><br>Date: March 17, 2011<br>Time: 10:00 a.m. |

Plaintiff MITSUI O.S.K. LINES, LTD. ("MOL") respectfully submits the following:

This action was filed on December 9, 2010. An amended complaint was filed on January 7, 2011. Since that date, Plaintiff's audit of Seamaster shipments under the subject service contracts (referenced in both the original and amended complaints) has been ongoing, and Plaintiff intends, in the near term, to file a second amended complaint to update its

-1-

CMC Statement
Case No.: CV 10 5591 MEJ

allegations to reflect the current results of that audit.  However, in the meantime and in the immediate near term, in compliance with Rule 4 of the Federal Rules of Civil Procedure, Plaintiff will proceed with service of the amended summons and complaint.

     In the interim, MOL respectfully requests that the CMC and related dates be continued approximately 45-60 days.

DATED:  March 10, 2011                    FLYNN, DELICH & WISE LLP

By: _____
     Erich P. Wise
     Conte C. Cicala
     Attorneys for Plaintiff
     MITSUI O.S.K. LINES, LTD.

The CMC is continued to May 19, 2011 at 10:00 a.m.  All deadlines are adjusted accordingly.

Dated: March 11, 2011



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CMC Statement
Case No.: CV 10 5591 MEJ