1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

MITSUI O.S.K. LINES, LTD.,

                   Plaintiff,

    v.

SEAMASTER LOGISTICS, INC., *et al.*,

                   Defendants.

_____/

No.   CV10-05591 MEJ

**ORDER VACATING CMC AND**
**CASE MANAGEMENT DEADLINES**

Having reviewed the parties' Joint Case Management Statement, the Court hereby

VACATES the September 29, 2011 Case Management Conference and VACATES all previously

established case management deadlines.  A revised case management schedule shall be issued

forthwith.

    **IT IS SO ORDERED.**

Dated: September 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge