UNITED STATES DISTRICT COURT

Northern District of California

MITSUI O.S.K. LINES, LTD.,

                Plaintiff,

  v.

SEAMASTER LOGISTICS, INC., *et al.*,

                Defendants.
_____/

No.  CV10-05591 MEJ

**ORDER VACATING CMC AND CASE MANAGEMENT DEADLINES**

Having reviewed the parties' Joint Case Management Statement, the Court hereby VACATES the September 29, 2011 Case Management Conference and VACATES all previously established case management deadlines. A revised case management schedule shall be issued forthwith.

    **IT IS SO ORDERED.**

Dated: September 21, 2011

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge