IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CENTURION LOGISTICS MANAGEMENT, et al., <br><br> Defendants. | No. C10-5591-SC (JSC) <br><br> **ORDER RE: PARTIES' HONG KONG DEPOSITIONS (Dkt. No. 48)** |

Now pending before the Court is a joint letter from the parties regarding depositions to take place in Hong Kong during the week of July 9, 2012. (Dkt. No. 48.) After considering the joint letter, and with the benefit of oral argument on June 19, 2012, the Court rules as follows: 1) Plaintiff shall remain in Hong Kong through Saturday, July 14, 2012 to ensure six full days devoted to the deposition process; 2) all witnesses on both sides who cannot be compelled to attend a deposition in the United States shall be deposed first, followed by party witnesses; and 3) Mr. Huang shall be the final witness deposed, time permitting.

**IT IS SO ORDERED.**

Dated: June 19, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE