IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>    Defendants. | Case Nos.:  10-cv-5591 SC (JSC)<br>                      11-cv-2861 SC (JSC)<br><br>**ORDER SETTING HEARING ON JOINT DISCOVERY LETTERS (Dkt. Nos. 107 & 108)** |

The Court has received Plaintiff's and Defendant's respective Joint Discovery Letters (Dkt. Nos. 107 & 108).  The Court will hear argument regarding the matters therein on November 8, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit any supporting documentation referenced therein, including the correspondence referenced in Defendant's Issue #1, on or before October 26, 2012.

**IT IS SO ORDERED.**

Dated:  October 18, 2012

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE