IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>    Defendants. | Case Nos.:  10-cv-5591 SC (JSC)<br>                  11-cv-2861 SC (JSC)<br><br>**ORDER RE: DOCKET NOS. 78 & 79** |

     The Court has received Plaintiff's and Defendants' respective letters (Dkt. Nos. 78 & 79) following up on Part A.2 the Court's November 8, 2012 Order (Dkt. No. 77).  Plaintiff shall have until November 26, 2012 to submit a letter brief detailing the factual and legal claims supporting its redactions along with the unredacted document for *in camera* review; however, by November 15, 2012, Plaintiff shall serve Defendants with the Federal Maritime Commission document redacted only to shield that information which it contends is protected by its concern about retaliation.

     **IT IS SO ORDERED.**

Dated:  November 14, 2012

                                                                 _____
                                                                 JACQUELINE SCOTT CORLEY
                                                                 UNITED STATES MAGISTRATE JUDGE