United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>Defendants. | Case Nos.:   10-cv-5591 SC (JSC)<br>                    11-cv-2861 SC (JSC)<br><br>**ORDER RE: DEFENDANT AGL REQUEST FOR RELIEF FROM IN PERSON MEET AND CONFER REQUIREMENT (Dkt. Nos. 91)** |

The Court has received the request of Defendant American Global Logistics, LLC ("AGL") for relief from this Court's November 30, 2012 Order requiring the parties to meet and confer in person prior to filing any further discovery disputes in this action. (Dkt. No. 89.) As lead counsel for Defendant AGL is located in Georgia and Plaintiff's counsel is located in San Francisco, the Court GRANTS Defendant's request. However, AGL must still meet and confer telephonically prior to filing any discovery disputes.

This Order disposes of Docket No. 91 in Case No. 10-cv-5591 and Docket No. 147 in Case No. 11-cv-2861.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE