1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
2 | Eric Danoff (60915)
  | Katharine Essick (219426)
3 | 49 Stevenson Street, Suite 400
  | San Francisco, CA  94105
4 | Telephone: (415) 227-9455
  | Facsimile: (415) 227-4255
5 | E-Mail: edanoff@edptlaw.com
  | kessick@edptlaw.com

6 | Attorneys for Defendants
7 | SEAMASTER LOGISTICS, INC. and
  | TOLL GLOBAL FORWARDING
8 | (AMERICAS)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | Case No.: 10 CV 5591 SC (JSC) |
| Plaintiff, | **STIPULATION RE: EXTENSION OF BRIEFING DEADLINES; [~~PROPOSED~~] ORDER** |
| vs. | |
| SEAMASTER LOGISTICS, INC., et al., | |
| Defendants, | |
| MITSUI O.S.K. LINES, LTD., | Case No.: 11 CV 2861 SC (JSC) |
| Plaintiff, | |
| vs. | |
| SEAMASTER LOGISTICS, INC., et al., | |
| Defendants, | |
| AND RELATED COUNTERCLAIMS. | |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. 10 CV 5591 SC (JSC) and Case No. 11 CV 2861 SC (JSC)  (Consolidated)

Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL") and defendants SeaMaster Logistics, Inc., Toll Global Forwarding (Americas) Inc., formerly known as Summit Logistics International, Inc. (collectively "SeaMaster") stipulate to an order changing time that will extend the briefing deadlines of their respective Motions for Attorneys Fees and Bills of Costs.

Whereas,

1. On April 4, 2013, MOL filed a Motion for Attorney Fees and Bill of Costs in Case No. CV 11 2861 SC and SeaMaster filed a Motion for Attorney Fees and Bill of Costs in Case No. CV 10 5591 SC;

2. Under local rule, the current date for filing an opposition to each motion is April 18, 2013 and the current date for filing a reply in support of each motion is seven days later (April 25, 2013);

3. The current briefing schedule has resulted in significant calendar conflicts for SeaMaster's counsel, including that she will be totally unavailable from April 10 through April 17, one day before SeaMaster's opposition and objections must be filed;

4. Counsel have met and conferred and have agreed to the following changes that do not conflict with their schedules:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Oppositions/Objections** | April 18, 2013 | April 26, 2013 |
| **Replies** | April 25, 2013 | May 10, 2013 |

5. There have been two prior stipulated requests to enlarge time in this case (a November 2011 request to continue a mediation deadline to allow the parties to pursue more discovery, and a March 2012 request for more time for Defendants to respond to the Second Amended Complaint).

6. The proposed changes to the briefing schedule will not affect the hearing date of May 24, 2013; and

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 10 CV 5591 SC (JSC) and Case No. 11 CV 2861 SC (JSC) (Consolidated)

7. The proposed changes to the briefing schedule will not reduce the amount of time set forth in local rule for the Court to consider the briefs before the hearing date.

SO STIPULATED.

DATED: April 8, 2013          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                                        Eric Danoff
                                        Katharine Essick


                              By_____/s/ Katharine Essick____
                                        Katharine Essick
                              Attorneys for Defendants
                              SEAMASTER LOGISTICS, INC. and TOLL GLOBAL FORWARDING (AMERICAS) INC.

DATED: April 8, 2013          FLYNN DELICH & WISE LLP
                                        Erich P. Wise
                                        Conte C. Ciala


                              By_____/s/ Erich P. Wise_____
                                        Erich P. Wise
                              Attorneys for Plaintiff
                              MITSUI O.S.K. LINES, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 04/09/2013              _____
                              United States District Judge
                              Judge Samuel Conti

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. 10 CV 5591 SC (JSC) and Case No. 11 CV 2861 SC (JSC) (Consolidated)