ERICH P. WISE (Bar No. 63219)
ALISA MANASANTIVONGS (Bar No. 260227)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone: (562) 435-2626
Telecopier: (562) 437-7555
Email:  erichw@fdw-law.com

CONTE C. CICALA (Bar No. 173554)
JAMES B. NEBEL (Bar No. 69626)
JEANINE S. TEDE (Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone: (415) 693-5566
Telecopier: (415) 693-0410
Email:  contec@fdw-law.com

Attorneys for Plaintiff/Cross-Appellant
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | ) Case No.: C 10-05591 SC |
|  | ) Case No.: C 11-02861 SC |
| Plaintiff, | ) |
|  | ) CONSOLIDATED CASES |
| vs. | ) |
|  | ) **NOTICE PURSUANT TO NINTH** |
| SEAMASTER LOGISTICS, INC., et al., | ) **CIRCUIT RULE 10-3.1(c)** |
|  | ) |
| Defendants. | ) |
| _____ | ) |
|  | ) |
| MITSUI O.S.K. LINES, LTD. | ) |
|  | ) |
| Plaintiff/Appellee/Cross-Appellant, | ) |
| vs. | ) |
|  | ) |
| SEAMASTER LOGISTICS, INC., et al., | ) |
|  | ) |
| Defendants/Appellants/Cross-Appellees. | ) |
| _____ | ) |
|  | ) |
| AND RELATED COUNTERCLAIMS. | ) |

**NOTICE IS HEREBY GIVEN** by MITSUI O.S.K. LINES, LTD. ("MOL"), appellant and cross-appellant in connection with this appeal, that MOL and certain defendants previously ordered a transcript of the entire trial. As such, they have already effectively agreed on which portions of the transcript to order as contemplated by Ninth Circuit Rule 10-3.1(a). The transcripts have been prepared and are on file in Northern District of California Case No. 10-cv-5591. A copy of this notice will be filed also with the Ninth Circuit Court of Appeals.

Dated: May 20, 2013                                      FLYNN, DELICH & WISE LLP

                                                         /s/
                                                    By:_____
                                                         Erich P. Wise
                                                         Conte C. Cicala
                                                       Attorneys for Plaintiff
                                                       MITSUI O.S.K. LINES, LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

2

NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(C)
Case Nos. C 10-05591 SC and C 11-02861 SC (Consolidated)