Erich P. Wise (#63219)
erichw@fdw-law.com
Conte C. Cicala (#173554)
contec@fdw-law.com
FLYNN, DELICH & WISE LLP
343 Sansome Street, Ste. 540
San Francisco, CA 94104
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Henry S. David (#89297)
hdavid@davidfirm.com
Dana J. Meepos (#280565)
dmeepos@davidfirm.com
THE DAVID FIRM®
617 W. 7th St., Suite 702
Los Angeles, CA 90017
Telephone:   213.550.4020
Facsimile:    213.550.4010

Attorneys for Judgment Creditor
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>Defendants. | Case Nos. 11-cv-02861-SC<br>10-cv-05591-SC<br><br>STIPULATION RE ENFORCEMENT-OF-JUDGMENT DISCOVERY; AND [PROPOSED] ORDER ON STIPULATION |

WHEREAS this Court entered a judgment in Case No. 11-cv-02861-SC in favor of Mitsui O.S.K. Lines, Ltd. ("MOL") and against, among others, Seamaster Logistics, Inc. ("Seamaster") in the amount of $1,080,073.07 and Summit Logistics International, Inc. ("Summit") in the amount of $2,230,532.05 (the "Judgment"), and awarded MOL its attorney's fees against SeaMaster and Summit in the sum of $703,403.05 (the "Fee Order");

WHEREAS the Court entered a judgment in related Case No. 10-cv-5591-SC in favor of SeaMaster and Summit and against MOL and awarded Seamaster and Summit their attorney's fees against MOL in the sum of $580,426.11;

WHEREAS, Summit and Seamaster have appealed the Judgment and the Fee Order as against them, and MOL has appealed the Judgment insofar as it denied MOL certain relief;

WHEREAS, those appeals are still pending;

WHEREAS, pursuant to Rule 69 of the Federal Rules of Civil Procedure, MOL has served discovery on Summit, Seamaster, and certain third parties (collectively, the "Deponents");

WHEREAS, the Deponents have objected to such discovery;

WHEREAS, Summit and Seamaster have told MOL that they are taking steps to post an undertaking to stay MOL's efforts to enforce the Judgment and the Fee Order, including MOL's discovery; and

WHEREAS, the parties have agreed on an undertaking amount of $3,570,683 to secure Seamaster's and Summit's obligations under the Judgment and the Fee Order, but to date, Summit and Seamaster have not posted an undertaking in that (or any) amount,

IT IS HEREBY STIPULATED by and among MOL and the Deponents, by and through their respective counsel of record, as follows:

1. Summit and Seamaster shall have until May 20, 2014 to respond to MOL's discovery to them.

**STIPULATION RE ENFORCEMENT-OF-JUDGMENT DISCOVERY**

2. Unless Summit and Seamaster have posted a sufficient undertaking on or before May 19, 2014,

    a. The parties shall meet and confer about the Deponents' objections to the discovery.

    b. If the parties are unable to resolve their objections, they will present, including by an informal conference if the Court permits, the outstanding issues to Magistrate Judge Corley or, if she is not available due to her calendar, any other Magistrate Judge, as expeditiously as the Court's calendar will permit.

    c. The Deponents will produce the documents that MOL requested in the Discovery (subject to the formal or informal resolution of any objections) such that MOL's counsel actually receives such documents on or before June 16 2014.

    d. The depositions of the Deponents will occur in New York, New York, as follows:

        i. Summit's PMQ(s): June 30, 2014, commencing at 9:30 a.m.;

        ii. Seamaster's PMQ(s): July 1, 2014, commencing at 9:30 a.m.;

        iii. PMQ(s) of Toll Global Forwarding Holdings (USA), Inc.: July 2, 2014, commencing at 9:30 a.m.;

        iv. PMQ(s) of TGF Management Group Holdco Inc.: July 3, 2014, commencing at 9:30 a.m.

3. Each signatory to this Stipulation on behalf of the Deponents represents and warrants that he or she is authorized to sign this Stipulation on behalf of his or her respective clients.

STIPULATION RE ENFORCEMENT-OF-JUDGMENT DISCOVERY

DATED: May 13, 2014

FLYNN, DELICH & WISE LLP

By: _____
Conte C. Cicala
Attorneys for Plaintiff/Judgment Creditor
MITSUI O.S.K. LINES, LTD.

DATED: May 13, 2014

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP

By: _____
Katharine Essick
Attorneys for Defendants SEAMASTER
LOGISTICS, INC. and SUMMIT LOGISTICS
INTERNATIONAL, INC. and Non-Party
Deponents TOLL GLOBAL FORWARDING
HOLDINGS (USA), INC. and TGF
MANAGEMENT GROUP HOLDCO INC.

**ORDER**

IT IS SO ORDERED.

Dated: 05/14/2014

_____
The Hon. Samuel Conti
United States District Judge

-3-

STIPULATION RE ENFORCEMENT-OF-JUDGMENT DISCOVERY