EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:	(415) 227-9455
Facsimile:	(415) 227-4255
E-Mail:	edanoff@edptlaw.com
	kessick@edptlaw.com

Attorneys for Defendants
SEAMASTER LOGISTICS, INC. and
TOLL GLOBAL FORWARDING
(AMERICAS) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>　　　　　Defendants, | Case No.:  10 CV 5591 SC<br>Case No.:  11 CV 2861 SC<br>(Consolidated)<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER APPROVING SUPERSEDEAS**<br>**BOND AND ISSUING STAY** |
| MITSUI O.S.K. LINES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEAMASTER LOGISTICS, INC., et al.,<br><br>　　　　　Defendants, | |
| AND RELATED COUNTERCLAIMS. | |

　　　　Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL") and defendants SeaMaster Logistics, Inc. and Toll Global Forwarding (Americas) Inc. (together, "Defendants"), through their attorneys, stipulate and request the Court to order that the supersedeas bond attached in the amount of Three Million Five Hundred Seventy Thousand Six Hundred Eighty Three Dollars and No Cents ($3,570,683.00) is approved, and that upon entry of the Order MOL is stayed from enforcing the

- 1 -
STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND ISSUING STAY
Case Nos.: 10 CV 5591 SC and 11 CV 2861 SC (Consolidated)

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

1  Judgment (including the award of attorney fees, costs, and interest) in its favor in Case No. 11-
2  CV-2861 SC, and Defendants are stayed from enforcing the Judgment (including the award of
3  attorney fees, costs, and interest) in their favor in Case No. 10-CV-5591 SC.  Each stay is to
4  remain in effect until the final disposition of the appeal (including all cross appeals) of Case No.
5  11-CV-2861 SC, which appeal is pending in the U.S. Court of Appeals for the Ninth Circuit.  In
6  accordance with Local Rule 65.1-1(b)(1), Aspen American Insurance Company ("Surety") is a
7  corporation authorized by the Secretary of the Treasury of the United States to act as surety on
8  official bonds under 31 U.S.C. §§ 9301-9306.

Dated: June 4, 2014        EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
                           Eric Danoff
                           Katharine Essick


                           By_____/s/ Eric Danoff_____
                                   Eric Danoff
                           Attorneys for Defendants
                           SEAMASTER LOGISTICS, INC. and TOLL GLOBAL
                           FORWARDING (AMERICAS) INC.

Dated: June 4, 2014        FLYNN, DELICH & WISE LLP
                           Erich P. Wise
                           Conte C. Cicala


                           By:      /s/Conte C.Cicala_____
                                    Conte C. Cicala
                           Attorneys for Plaintiff
                           MITSUI O.S.K. LINES, LTD.


Dated: June 4, 2014        THE DAVID FIRM
                           Henry S. David
                           Dana J. Meepos


                           By:      /s/ Henry S. David_____
                                    Henry S. David
                           Attorneys for Plaintiff
                           MITSUI O.S.K. LINES, LTD.

///

///

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — 06/06/2014 — Judge Samuel Conti]

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND ISSUING STAY
Case Nos.: 10 CV 5591 SC and 11 CV 2861 SC (Consolidated)